# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO: 21-00380-JW |
| ANDREA RASHELL RUSSELL    XXX-XX-4058 | (CHAPTER 13) |
| PO Box 141<br>SUMMERTON, SC  29148 | NOTICE OF MOTION/APPLICATION AND<br>OPPORTUNITY FOR HEARING |
| Debtor | |

### NOTICE OF MOTION TO DISMISS CHAPTER 13 CASE AND POSSIBLE HEARING

James M. Wyman, the Chapter 13 Trustee, has filed papers with the court to dismiss this Chapter 13 case.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to dismiss this Chapter 13 case, or if you want the court to consider your views on the motion to dismiss, then within twenty-one (21) days of service of this notice, you or your attorney must:

File with the court a written response, return, or objection at:

> U.S. Bankruptcy Courthouse
> 1100 Laurel Street
> Columbia, SC  29201-2423

Responses, returns, or objections filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

If you mail your response, return, or objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

> James M. Wyman
> Office of the Chapter 13 Trustee
> P.O. Box 997
> Mt. Pleasant, SC  29465-0997

    Attend the hearing scheduled to be heard on January 13, 2022, at 10:00 am at the United States Bankruptcy Court, 145 King Street, Room 225, Charleston, SC 29401.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief prior to the scheduled hearing date, if determined to be appropriate.

Dated: November 11, 2021      /s/ Russell Jackson, II
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877
Email: 13office@charleston13.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | CASE NO: 21-00380-JW |
| ANDREA RASHELL RUSSELL | (CHAPTER 13) |
| | **TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE FOR NON-PAYMENT** |
| Debtor | |

NOW COMES the Chapter 13 Trustee in this case and alleges:

**1**. This court has juridiction over this matter under 28 U.S.C. Section 1334 and 11 U.S.C Section 1307(c)(5).

**2**. The Debtor in this case has not made the required payments under the plan.

**3**. Debtor Is past due **$716.01** as of **October 2021.** The Trustee requests that the Debtor cure the delinquency

Payments as follows to be received by the Trustee by the end of the following months:

| | | | |
|---|---|---|---|
| November 2021 | at $180.00 | June 2022 | at $240.00 |
| December 2021 | at $240.00 | July 2022 | at $240.00 |
| January 2022 | at $240.00 | August 2022 | at $240.00 |
| February 2022 | at $240.00 | September 2022 | at $240.00 |
| March 2022 | at $240.00 | October 2022 | at $240.00 |
| April 2022 | at $240.00 | November 2022 | at $240.00 |
| May 2022 | at $240.00 | | |

Resume regular monthly payments of $180.00 beginning **December 12, 2022**.

**4**. If the Debtor is currently or in the process of having Trustee payments automatically debited from a paycheck, **ONLY** the Debtor('s) regular monthly payment can be deducted. Debtor are responsible for sending in the **EXTRA** payments needed to bring the case current.

**5**. The Trustee requests that should the Debtor fail to cure the delinquency as set forth above, that an order be entered dismissing the case.

Dated: November 11, 2021

/s/ James M. Wyman

James M. Wyman
Chapter 13 Trustee
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877
Email: 13office@charleston13.com

21-00380-JW

## CERTIFICATE OF SERVICE

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

ANDREA RASHELL RUSSELL
PO Box 141
SUMMERTON, SC 29148




REED LAW FIRM PA
220 Stoneridge Dr., Suite 301
COLUMBIA, SC  29210-0000


Date:  November 11, 2021                                    /s/ Russell Jackson, II
                                                                              PO Box 997
                                                                              Mt. Pleasant, SC  29465-0997
                                                                              Phone: (843) 388-9844 x 3002
                                                                              Fax: (843) 388-9877
                                                                              Email: 13office@charleston13.com